UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| William O'Neil,<br><br>    Plaintiff,<br><br>    v.<br><br>VR US Holdings II, LLC,<br><br>    Defendant. | Civil Action No. 2:22–cv–103 |

## **ORDER**

On or before July 11, 2022, Plaintiff and Defendant shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and Defendant shall also file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 5th day of July 2022.

                                                                 */s/ Kevin J. Doyle*
                                                                 Kevin J. Doyle
                                                                 United States Magistrate Judge